

# Supreme Court
### STATE OF LOUISIANA
### New Orleans

RECEIVED
JUN 06 2016
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

CHIEF JUSTICE
   BERNETTE J. JOHNSON   Seventh District
JUSTICES
   GREG G. GUIDRY   First District
   SCOTT J. CRICHTON   Second District
   JEANNETTE THERIOT KNOLL   Third District
   MARCUS R. CLARK   Fourth District
   JEFFERSON D. HUGHES III   Fifth District
   JOHN L. WEIMER   Sixth District

JOHN TARLTON OLIVIER
CLERK OF COURT

400 ROYAL STREET, SUITE 4200
NEW ORLEANS, LA 70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

June 2, 2016

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

"No Pending Cases"

Re:   In Re: Richard Z. Johnson, Jr.
      Louisiana Bar Roll no. 18966
      La. Supreme Court docket no. 2016-B-0661

Dear Mr. Harris:

Enclosed please find a copy of the decision rendered by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **May 27, 2016**.

With kindest regards, I remain,

Very truly yours,

John Tarlton Olivier
Clerk of Court

By: *Okyeame Haley*
Okyeame Haley
Chief Deputy Clerk

OH:pal
Enclosure
ccs:   Hon. Lyle W. Cayce, Clerk,
      U.S. Court of Appeals, Fifth Circuit
      Hon. William W. Blevins, USDC, Eastern District
      Hon. Michael McConnell, Clerk, USDC, Middle District
      Hon. Tony R. Moore, USDC, Western Dist.
      Charles B. Plattsmier, Disciplinary Counsel
      Denise Tingstrom, Director of Admin., LSBA
      Donna Roberts, Administrator, Disciplinary Board
      U.S. Surface Transportation Board
      Regional Director, IRS
      Sandra Vujnovich, Judicial Administrator
      Scott T. Morris, Off. of General Counsel, Social Security Administration
      Cynthia Cotton, Notarial Division, Secretary of State Office
      Hon. Sheral Kellar, Chief Judge, Off. of Wrkrs. Comp. Admin.

      Hon. Rodd Naquin
      Clerk, 1st Circuit Ct. Of Appeal
      Hon. Lillian Evans Richie
      Clerk, 2nd Circuit Ct. Of Appeal
      Hon. Charles K. McNeely
      Clerk, 3rd Circuit Ct. Of Appeal
      Hon. Justin I. Woods
      Clerk, 4th Circuit Ct. Of Appeal
      Hon. Cheryl Q. Landrieu
      Clerk, 5th Circuit Ct. Of Appeal

# The Supreme Court of the State of Louisiana

IN RE: RICHARD Z. JOHNSON, JR.

NO. 2016-B-0661

- - - - - -

IN RE: Disciplinary Counsel; Richard Z. Johnson, Jr.; - Other(s); Applying For Joint Petition for Consent Discipline Pursuant to Rule XIX, Section 20

- - - - - -

May 27, 2016

Petition for consent discipline accepted. See per curiam.

                JLW
                BJJ
                GGG
                MRC
                JDH
                SJC

KNOLL, J., dissents and assigns reasons.

Supreme Court of Louisiana
May 27, 2016

_____
Deputy Clerk of Court
For the Court

SUPREME COURT OF LOUISIANA

NO. 2016-B-0661

MAY 27 2016

IN RE: RICHARD Z. JOHNSON, JR.

ATTORNEY DISCIPLINARY PROCEEDING

PER CURIAM

In September 2015, respondent pleaded guilty to making and subscribing a false income tax return. Prior to the filing of formal charges, respondent and the Office of Disciplinary Counsel submitted a joint petition for consent discipline. Having reviewed the petition,

IT IS ORDERED that the Petition for Consent Discipline be accepted and that Richard Z. Johnson, Jr., Louisiana Bar Roll number 18966, be and he hereby is suspended from the practice of law for a period of three years, retroactive to December 4, 2015, the date of his interim suspension.

IT IS FURTHER ORDERED that all costs and expenses in the matter are assessed against respondent in accordance with Supreme Court Rule XIX, § 10.1, with legal interest to commence thirty days from the date of finality of this court's judgment until paid.

Knoll, J., dissents and assigns reasons.

SUPREME COURT OF LOUISIANA

No. 16-B-0661

MAY 27 2016

IN RE: RICHARD Z. JOHNSON, JR.

KNOLL, J., dissents.

I would disbar the respondent.